1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7   HAI HUANG, et al.,

8                    Plaintiffs,

Case No. C07-132RAJ

9            v.

TAXATION OF COSTS

10   MICHAEL MUKASEY, U.S. Attorney General,
    et al.,

11                    Defendants.

12

13       Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of

14   PLAINTIFFS in the amount of $350.00.

15       Dated this _____20th_____ day of JUNE, 2008 .

16

17

18

19   Bruce Rifkin

20   Clerk, U.S. District Court

21

22

23

24

25

26   TAXATION OF COSTS -- 1